**LINK: 1**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-10557 GAF (SSx) | Date | February 1, 2012 |
|---|---|---|---|
| Title | ABG Tapout LLC v. VAM Distribution LLC | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:**        (In Chambers)

### ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION

Plaintiff ABG Tapout, LLC ("ABG") filed this breach of contract action against defendant VAM Distribution, LLC ("VAM") in connection with VAM's alleged failure to pay royalties for the use on various products of ABG's "TapouT" name and logo.  (Docket No. 1 [Compl.] ¶¶ 5–10.)  However, the Court cannot presently determine whether it has subject matter jurisdiction over this action.

Federal courts are courts of limited jurisdiction.  Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 377 (1994).  The burden of establishing jurisdiction rests on the party asserting jurisdiction.  Id.  Under 28 U.S.C. § 1332, the Court has jurisdiction over suits between citizens of different states if the amount in controversy exceeds $75,000.  28 U.S.C. § 1332(a).  "Diversity jurisdiction under 28 U.S.C. § 1332 requires complete diversity, i.e. every plaintiff must be diverse from every defendant."  Osborn v. Metropolitan Life Ins. Co., 341 F. Supp. 2d 1123, 1126 (E.D. Cal. 2004).

"[A]n LLC is a citizen of every state of which its owners/members are citizens."  Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006).  In Plaintiff's Complaint, ABG, a limited liability company, asserts that it is organized and exists under the laws of the State of Delaware.  ABG further asserts that VAM, also a limited liability company, is organized and exists under the laws of the state of California with its principal place of business also in California.  Thus, the Complaint does not property allege citizenship for either party.  Plaintiff must allege the citizenship of every owner or member of the LLCs.  Plaintiff is **ORDERED TO SHOW CAUSE** no later than **the close of business on Wednesday, February 8, 2012,** as to

LINK: 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-10557 GAF (SSx) | Date | February 1, 2012 |
|---|---|---|---|
| Title | ABG Tapout LLC v. VAM Distribution LLC | | |

why the case should not be dismissed for lack of subject matter jurisdiction.  **Failure to respond by this deadline will be deemed consent to dismissal of the action**.

    **IT IS SO ORDERED.**